# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ANGEL CRUZ,**

                **Plaintiff,**

**-vs-**                                                        **Case No.  6:07-cv-1899-Orl-18KRS**

**R. M. CLEANING OF FLORIDA, INC.,**
**MARIA ROSA,**

                **Defendants.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **PLAINTIFFS' MOTION TO EXTEND TIME TO SERVE SUMMONS AND COMPLAINT (Doc. No. 7)**
>
> **FILED:** March 28, 2008
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

On December 3, 2007, Plaintiff Angel Cruz, on his own behalf and on behalf of those similarly situated, filed a complaint against R.M Cleaning of Florida, Inc. and Maria Rosa, alleging that defendants failed to pay him overtime compensation due under the Fair Labor Standards Act (FLSA), 29 U.S.C. § 201 *et seq*. Doc. No. 1. A summons was issued for the defendants on that same day. Doc. No. 2. Pursuant to Federal Rule of Civil Procedure 4(m), the plaintiff is required to effect service of process on a defendant within 120 days after filing the complaint. The plaintiff has yet to effect service of process on the defendants.

A court may extend the time for service of process provided that the plaintiff demonstrates good cause for his failure to comply with the time limit specified in the rule. It is well established that "[t]he 120 day mandate imposed by Rule 4([m]) was not meant to be enforced harshly or inflexibly." *Gambino v. Village of Oakbrook*, 164 F.R.D. 271, 274 (M.D. Fla. 1995).

After reviewing the plaintiff's motion for an extension of time, I find that the plaintiff has demonstrated good cause for his failure to serve the defendants within 120 days of the filing of the complaint. Thus, the plaintiff is granted until May 1, 2008 to effect proper service of process on the defendants and file proof of such service with this Court pursuant to Fed. R. Civ. P. 4(l). Failure to comply with this Order may result in the dismissal of the complaint with respect to any defendant who has not been properly served.

**DONE** and **ORDERED** in Orlando, Florida on March 31, 2008.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties